# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### ROCKINGHAM DIVISION

| | |
|---|---|
| BRIAN CHAPMAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>  v.<br><br>TRAVEL RESORTS OF AMERICA, INC.<br><br>        Defendant/<br>        Cross Claimant,<br><br>  v.<br>LEAD PULSE MEDIA, INC.,<br><br>        Third Party Defendant. | Civil File No. 1:24-cv-00251<br><br>Judge Catherine C. Eagles<br><br>Magistrate Judge<br>Joi Elizabeth Peake |

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Brian Chapman ("Plaintiff") and Defendant Travel Resorts, Inc. ("Defendant") hereby stipulate and agree to the voluntary dismissal of Plaintiff's individual claims against Defendant with prejudice. The claims of the putative class are dismissed without prejudice. Defendant and Third Party Defendant Lead Pulse Media, Inc. hereby stipulate and agree to the voluntary dismissal of Defendant's third party claims

against Lead Pulse Media, Inc. with prejudice. Each party shall bear its own fees and costs.

Dated this 24th day of February, 2025.

> Respectfully submitted,
>
> s/ Anthony I. Paronich
> Anthony I. Paronich
> PARONICH LAW, P.C.
> 350 Lincoln Street, Suite 2400
> Hingham, MA 02043
> Tel: (617) 485-0018
> Fax: (508) 318-8100
> anthony@paronichlaw.com
> *Attorney for Plaintiff*
>
> /s/ Lisa A. Messner
> Lisa A. Messner (Ohio Bar No. 0074034)
> *Admitted Pro Hac Vice*
> Mac Murray & Shuster, LLP
> 6525 West Campus Oval, Suite 210
> New Albany, Ohio 43054
> (614) 939-9955, (614) 939-9954
> lmessner@mslawgroup.com
> *Attorney for Defendant*
>
> /s/ Jeffrey W. Melcher
> Jeffrey W. Melcher
> Buchalter, A Professional Corporation
> Atlanta Pinnacle, 3455
> Peachtree NE, 5th Floor
> Atlanta, Georgia 30326
> 626-224-6606
> jmelcher@buchalter.com
> *Attorney for Third Party Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document electronically on the Court's CM/ECF docket on February 24, 2025, which served same electronically upon all counsel of record.

*s/ Anthony I. Paronich*
Anthony I. Paronich